Ruth V. Cannon, Appellant, v. Marie N. Marmor, Executrix and Trustee Under Last Will and Testament of Alexander Marmor, Deceased, Appellee.

Gen. No. 42,349.

opinion filed May 10, 1943; rehearing denied May 24, 1943. Morris K. Levinson, for appellant; Nathan Schwartz, for appellee; Norman H. Arons, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''

James H. Kearney, Appellant, v. Louis Spiniola, Appellee.

Gen. No. 42,395.

opinion filed May 10, 1943. Guy C. Guerine, for appellant; Beverly & Klaskin, for appellee; Samuel T. Klaskin, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''